JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
Carlos Alcaras-Cuevas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  CARLOS ALCARAS-CUEVAS,  Defendant. | NO. 1:11-CR-00200-AWI  STIPULATION & ORDER TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Karen Escobar, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Carlos Alcaras-Cuevas, that **the sentencing hearing in the above-referenced matter now set for February 21, 2012, may be continued to March 26, 2012 at 9:00 A.M.**

This continuance is requested by counsel for Defendant because the pre-sentence interview with probation could not be conducted because Mr. Alcaras-Cuevas was transported to Lerdo, California. The requested continuance will conserve time and resources for the parties and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 5, 2012                  By: /s/ KAREN ESCOBAR
                                                         Assistant United States Attorney

DATED: January 5, 2012                By:  /s/ JON K. RENGE
                                           Attorney for Defendant
                                           JOSE ARIAS DIAZ

**ORDER**

IT IS SO ORDERED.

Dated:   January 5, 2012                   _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

Stipulation & Order to Continue Sentencing Hearing

−2−